# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA RINDFLEISCH, TIFFANY MELENDEZ, MICHELLE GENTILE, LAURIE BAKER and CHRISTINA NELMES, on behalf of themselves and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>   Defendant. | CIVIL ACTION NO.:<br>1:10-cv-03288 (SCJ)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

  On November 28, 2011, Defendant Gentiva Health Services, Inc. filed a Motion for Partial Summary Judgment seeking judgment as a matter of law on Plaintiffs' New York state law claims and requesting dismissal of those claims. Defendant did not seek judgment with regard to Plaintiffs' claims under the Fair Labor Standards Act or North Carolina state law.

  Defendant's motion asserts that New York's overtime regulations, though substantially similar to federal overtime law, differ from federal law in that New York's professional exemption from overtime has been interpreted to utilize only a duties test, and not a salary or fee basis test as required by the FLSA. The New York professional exemption is unusual in this regard, as the otherwise parallel

1

New York administrative and executive exemptions do require a salary test as required for the federal exemption. *See* 12 N.Y.C.R.R. § 142-2.14(c)(4)(i)-(ii); *see also Reiseck v. Universal Commc'ns of Miami, Inc.*, 591 F.3d 101, 105 (2d Cir. 2010) ("The NYLL . . . mandates overtime pay and applies the same exemptions as the FLSA.").

It is unfortunate that Defendant did not confer with Plaintiffs prior to filing this motion, as that would have made the filing unnecessary. Plaintiffs are currently in the midst of preparing for a motion to certify state classes under Rule 23 of the Federal Rules of Civil Procedure, due January 20, 2012. In the course of this preparation, Plaintiffs have decided not to seek certification of a New York class and not to pursue claims under New York Labor Law, Article 19 §§ 650 *et seq*. As Plaintiffs would have shortly sought to amend the Complaint to drop those claims, Plaintiffs hereby agree to voluntarily dismiss the New York state law claims.

Dated:  December 12, 2011            Respectfully submitted,

                                               By: *<u>Christine E. Webber</u>*
                                                  Christine E. Webber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christine E. Webber
Abigail E. Shafroth
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
cwebber@cohenmilstein.com
ashafroth@cohenmilstein.com

**MARTIN & JONES, PLLC**
Sam L. Starks
3353 Peachtree Road, NE
Suite 510
Atlanta, GA 30326


**MARTIN & JONES, PLLC**
H. Forest Horne, Jr.
Gilda A. Hernandez
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27603
(919) 821-0005
hfh@m-j.com
gah@m-j.com

*Counsel for Plaintiffs*

**FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, I caused the foregoing Response to Defendant's Motion for Partial Summary Judgment to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered as CM/ECF participants.

> */s/ Christine E. Webber*
> Christine E. Webber
>
> COHEN MILSTEIN SELLERS & TOLL PLLC
> 1100 New York Avenue, NW
> Suite 500
> Washington, DC  20005
> (202) 408-4600
> cwebber@cohenmilstein.com