IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA RINDFLEISCH, TIFFANY
MELENDEZ, MICHELLE GENTILE,
LAURIE BAKER and CHRISTINA
NELMES, on behalf of themselves
and others similarly situated,

        Plaintiffs,

v.

GENTIVA HEALTH SERVICES,
INC.,
        Defendant.

CIVIL ACTION NO. 1:10-CV-03288
(JEC)

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the following documents this 21st day of February, 2012:

- **OPT-IN PLAINTIFF DEBORAH ADAMS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF AMANDA ANDRES' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MONICA BROWN'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF SANDRA COFER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF AMY DAY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF AMANDA DELAY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF VICKIE DENNIS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF DOROTHY DIGNUM'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ANA DRUMMOND-BERNARD'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARY FAHEY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CLARK FERGUSON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MAX FLEMING'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARVIN GROSS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF AMY HAGA'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF JANICE HICK'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF KENNETH JOHNSON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CYNTHIA KEMPLE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF STEPHANIE LEONARD'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF DENISE MANWEILER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF TERRI MAPLES' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF PAMELA MATHEWS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF BRENT METCALFE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ALBERT PEARCE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ASHLEY PIERCE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF LENORE POGGIOLI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF NATALIE PURDY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF RUBEN RODRIGUEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ROBERT SCARLATTI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF KAREN SMITH'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARGARET STANTON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CHRISTOPHER ALLEN'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CHERYL ANDERSON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF SHERRI ANTONUCCI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF PAULINE BITRICK'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF HENRY CARISIO'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ATHENA CHARLES' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARK CHASE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF TONIA COBB-MESIDOR'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MAMIE CUTHBERTSON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ANKUR DESAI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CARRIE ENGELKES' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF PAM FISHER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF IAN HUNT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF RICHARD JAGGI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF JANICE JOSEPH'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF WESLEY KILE'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF DIANE LYNN KING'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ELMA LANDGRAF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF CAROLYN DEBRA LANG'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF JUDITH MARTINEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF TONIA MORRIS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF DONNA NELDON'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF NANCY PARKO'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF THERESA ROBERT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARIA SANTOS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF MARIA SEIER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF ALESIA SMITH'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF PAMELA SUTULA'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

- **OPT-IN PLAINTIFF LISA TEWKSBURY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT OPT-IN**

- **PLAINTIFF SANDRA WOLCOTT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

By first-class U.S. mail, postage prepaid, to:

Michael A. Spinola, Esq.
Lisa A. Schreter, Esq.
LITTLER MENDELSON, P.C.
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA  30326-4803
(404) 233-0330

By electronic mail, upon consent of counsel for Defendant, to:

Michael A. Spinola, Esq.
Lisa A. Schreter, Esq.
LITTLER MENDELSON, P.C.
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA  30326-4803
(404) 233-0330
lschreter@littler.com
aspinola@littler.com

Michael Weber, Esq.
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
(212) 583-9600
mweber@littler.com

_____
H. Forest Horne, Esq.
Georgia Bar No. 419104