IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA RINDFLEISCH, TIFFANY MELENDEZ, MICHELLE GENTILE, LAURIE BAKER and CHRISTINA NELMES, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>    Defendant. | Case No. 1:10-CV-03288-SCJ |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S APRIL 18, 2014 ORDER**

Gentiva's motion for clarification indicates that defendant hopes to resolve this matter through mediation, but that if mediation is unsuccessful, it will seek summary judgment with respect to the named plaintiffs. Dkt. 681 at 7. Gentiva's motion further explains that only if summary judgment is denied will it seek any further discovery of the named plaintiffs. *Id.*

Plaintiffs agree that the parties should attempt to reach agreement on these claims before any additional briefing or discovery is considered. Plaintiffs have already conveyed a demand to defendant, and indicated their willingness to

1877651.1

negotiate directly with Gentiva in advance of the scheduled mediation.  Plaintiffs suggest that given Gentiva's concern regarding steps it would like to take if mediation is unsuccessful, that the parties engage in direct negotiations in advance of the scheduled mediation, and that the parties contact the Magistrate Judge serving as mediator to determine if an earlier date for mediation is available.  If mediation is unsuccessful, Gentiva could then submit its summary judgment motions following the mediation.

If, as plaintiffs expect, summary judgment is denied, then Gentiva has indicated it would seek additional discovery, without providing specifics.  The named plaintiffs have each been deposed in full already, prior to the Court's bifurcation order, and no second depositions are warranted.  The written discovery Gentiva alludes to in its motion was the subject of a discovery dispute submitted to the Court, as plaintiffs contend that even with respect to damages, Gentiva's requests were overreaching and irrelevant.  Dkt. 173.  Before that dispute was ruled upon, the Court bifurcated discovery.  Dkt. 194.  Thus, depending on the precise discovery Gentiva seeks, if this action even proceeds to that stage, plaintiffs reserve the right to seek a protective order from specific discovery requests.

May 7, 2014                     Respectfully submitted,

                                By: */s/Christine E. Webber*
                                Christine E. Webber

                                **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                Christine E. Webber
                                Abigail E. Shafroth
                                1100 New York Avenue, N.W.
                                Suite 500, West Tower
                                Washington, DC  20005
                                (202) 408-4600
                                cwebber@cohenmilstein.com
                                ashafroth@cohenmilstein.com

                                **MARTIN & JONES, PLLC**
                                Sam L. Starks
                                3353 Peachtree Road, NE
                                Suite 510
                                Atlanta, GA 30326

                                **MARTIN & JONES, PLLC**
                                H. Forest Horne, Jr.
                                410 Glenwood Avenue, Suite 200
                                Raleigh, North Carolina 27603
                                (919) 821-0005
                                hfh@m-j.com

                                **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                                Gilda A. Hernandez
                                315 S. Salem Street, Suite 310
                                Apex, NC 27502
                                (919) 741-8693
                                ghernandez@gildahernandezlaw.com

                     *Counsel for Plaintiffs*

**Font Certification**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

**Certificate of Service**

I hereby certify that on  May 7, 2014, I caused the foregoing *Response to Gentiva's Motion for Clarification* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

>  */s/ Christine E. Webber*
>  Christine E. Webber