IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA RINDFLEISCH, TIFFANY MELENDEZ, MICHELLE GENTILE, LAURIE BAKER and CHRISTINA NELMES, on behalf of themselves and others similarly situated,<br>        Plaintiffs,<br>v.<br>GENTIVA HEALTH SERVICES, INC.,<br>        Defendant. | 1:10-CV-03288 (SCJ)<br><br>**ORDER** |

**ORDER APPROVING THE ADMINISTRATIVE CLOSURE
OF THE ABOVE-CAPTIONED MATTER**

Pursuant to the parties' June 19, 2014 settlement conference before Magistrate Judge Janet F. King, and consistent with the record of the hearing of the same, the Court directs the administrative closure of the above-captioned action to allow the parties an opportunity to prepare for a September 12, 2014 mediation to address a potential global settlement of the claims of the named Plaintiffs from the above-captioned action and Plaintiffs in *Bailey v. Gentiva* CA. No.: 1:14-CV-01892-SCJ. The Court HEREBY ORDERS and authorizes the administrative closure of the above-captioned as soon as practicable subject to the following conditions:

1.  The *Rindfleisch* action will be stayed and the trial date vacated pending the mediation;

2. If there is no settlement which resolves all issues arising from the September 12, 2014 mediation, the *Rindfliesch* action will be re-opened upon the request of either party, so long as the request is made within 90 days after September 12, 2014;

3. There will be no dismissal of the *Rindflesich* action until a settlement is finalized; and

4. The Statute of Limitations is tolled during the time when the administrative closure period is in effect, just as if the case remained pending.

SO ORDERED this 23rd day of June, 2014.

                                        s/Steve C. Jones
                                        THE HONORABLE STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE