IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA RINDFLEISCH, TIFFANY MELENDEZ, MICHELLE GENTILE, LAURIE BAKER and CHRISTINA NELMES, on behalf of themselves and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 1:10-CV-03288-SCJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2015, I served a true and correct copy of the foregoing **NOTICE OF DEPOSITION TO PLAINTIFF LAURIE BAKER** upon counsel of record via U.S. Mail and electronic mail addressed as follows:

| | |
|---|---|
| Samuel L. Starks<br>Martin & Jones, PLLC<br>Atlanta Financial Center<br>3353 Peachtree Rd., NE, Suite 510<br>Atlanta, GA 30326 | Christine E. Webber<br>Abigail E. Shafroth<br>Cohen, Milstein, Sellers & Toll, PLLC<br>1100 New York Ave., NW, Suite 500<br>Washington, DC 20005 |
| H. Forest Horne, Jr.<br>Walter M. Wood<br>Martin & Jones, PLLC<br>410 Glenwood Avenue, Suite 200<br>Raleigh, NC 27603 | Gilda A. Hernandez<br>The Law Offices of Gilda A. Hernandez, PLLC<br>315 S. Salem Street, Suite 310<br>Apex, NC 27502 |

Anne M. Mellen
Georgia Bar No. 558694
Attorney for Defendant