UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA RINDFLEISCH, TIFFANY MELENDEZ, LAURIE BAKER and CHRISTINA NELMES,<br><br>    Plaintiffs,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-3288-SCJ |

## J U D G M E N T

This action having previously come before the court, Honorable Steve C. Jones, United States District Judge on Defendant's Motions for Summary Judgment and the court having granted said motions, it is

**Ordered and Adjudged** that Plaintiffs take nothing, that Defendant Gentiva Health Services, Inc. recover its costs of this action from Plaintiffs Lisa Rindfleisch, Tiffany Melendez, Laurie Baker and Christina Nelmes, and this action be, and the same hereby is **DISMISSED.**

Dated at Atlanta, Georgia this 23rd day of February, 2016.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                               By:  s/Amanda Querrard
                                      Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    February 23, 2016
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
       Deputy Clerk